IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TED BORGER, <br>     Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. 1:16-cv-1140 |
| SAFECO INSURANCE COMPANY OF INDIANA AND ASHLEY RICHARDS, <br>     Defendants | § § § § | |

### NOTICE OF AGREEMENT ON REMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    COME NOW Plaintiff, Ted Borger and Defendants Safeco Insurance Company of Indiana and Ashley Richards respectfully showing the Court the following:

    1.    Defendant Safeco Insurance Company of Indiana removed this case to this Court on October 13, 2016.

    2.    On November 14, 2016, Plaintiff filed his Motion to Remand.

    3.    The parties have reached an agreement to remand this case to the 353rd Judicial District Court of Travis County, Texas, where the action was originally filed.

    4.    An Agreed Order Granting Plaintiff's Motion to Remand is filed herewith.

    WHEREFORE, PREMISES CONSIDERED, Plaintiff, Ted Borger and Defendants Safeco Insurance Company of Indiana and Ashley Richards, respectfully request that this Court sign the Agreed Order Granting Plaintiff's Motion to Remand and remand this case to the 353rd Judicial District Court of Travis County Texas.

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 6000
Austin, Texas 78701
Telephone: (512) 472-7700
Facsimile: (512) 472-0205

By: */s/ Laura D. Tubbs*
　　Catherine L. Hanna
　　State Bar No. 08918280
　　Email: channa@hannaplaut.com
　　Laura D. Tubbs
　　State Bar No. 24052792
　　Email: ltubbs@hannaplaut.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Via Facsimile (512) 476-1910*
John C. Kitchens
Kitchens Law Firm, PC
2901 Bee Cave Road, Box E
Austin, Texas 78746
*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　　*/s/ Laura D. Tubbs*
　　　　　　　　　　　　　　　　　　　Laura D. Tubbs